USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIANQUN LI,

                Plaintiff,

    -against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                Defendant.

22-CV-6556 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS an order was entered by the Undersigned on September 30, 2022, Dkt. 13; and

    WHEREAS the order was entered in error;

    IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to strike the order from the Docket.

    IT IS FURTHER ORDERED that Defendant is directed to address any general pretrial matters to Judge Netburn.

**SO ORDERED.**

Date: October 3, 2022
      New York, NY

                      **VALERIE CAPRONI**
                      **United States District Judge**