UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LIANQUN LI,

                             **Plaintiff,**                22-CV-06556 (VEC)(SN)

    -against-                                                  **ORDER**

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                             **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendant filed a motion to dismiss on April 5, 2023. Accordingly, Plaintiff's opposition, if any, was to be filed no later than April 19, 2023. In light of Plaintiff's *pro se* status, she is given one final opportunity to oppose the motion. Any opposition should be filed by May 19, 2023. If nothing is filed by that date, the Court will consider the motion fully briefed and ready for decision.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                                United States Magistrate Judge

DATED:      May 8, 2023
                New York, New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 5/8/2023*