UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LIANQUN LI,

                Plaintiff,                22 **CIVIL** 6556 (VEC)(SN)

      -against-                           **<u>JUDGMENT</u>**

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 13, 2023, the Court adopts the Report & Recommendation is adopted in full and Defendant's motion to dismiss is GRANTED. IT IS FURTHER ORDERED that because the R&R gave the parties adequate warning, see R&R at 3, the failure to file any objections to the R&R precludes appellate review of this decision. See Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision." (citing Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989) (per curiam))).; accordingly, the case is closed.

**Dated:**  New York, New York
          July 13, 2023

                                                            **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                             **BY:**
                                                            **Deputy Clerk**